**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Aakriti Chaudhry,

    vs.                                  Case No. 2:20-cv-5070

The Ohio State University, *et al.*,        **Judge Michael H. Watson**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the April 8, 2021 Opinion and Order, Defendants' Motion to Dismiss is GRANTED.

Date:  **April 8, 2021**        **Richard Nagel, Clerk**

                                                s/ Jennifer Kacsor

                                                By Jennifer Kacsor/Courtroom Deputy